UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| Case No. | CV 20-08247-JLS (JDEx) | Date | February 18, 2021 |
|---|---|---|---|
| Title | Sunrise Senior Living Management, Inc. v. Peter Falkenberg | | |

| Present: The Honorable | JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Melissa Kunig | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**    **(IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION TO DISMISS**

    The Court, having been advised that this action has been resolved by a Joint Stipulation to Dismiss [18], hereby orders this action dismissed without prejudice.  The Court hereby orders all proceedings in the case vacated and taken off calendar.

                                                                  -    :    -

Initials of Deputy Clerk    mku